UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVLOF FISHERIES LLC,

        Plaintiff,

  v.

GAVIN HOY,

        Defendant.

C16-211 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's Motion to Dismiss due to lack of service, docket no. 17, is GRANTED. Plaintiff's action for declaratory relief is dismissed without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of February, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1